```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 33038
   DWAYNE MOSLEY
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-3979

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 09/07/2004 and was confirmed 11/10/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 05/12/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------
ROUNDUP FUNDING LLC        SECURED             5750.00       431.13        5750.00
ROUNDUP FUNDING LLC        UNSECURED           4122.32          .00        4122.32
NUMARK CREDIT UNION        SECURED            15495.00      2323.72       15495.00
NUMARK CREDIT UNION        UNSECURED            565.42          .00         565.42
CHASE MANHATTAN MORTGAGE   CURRENT MORTG          .00           .00            .00
CHASE MANHATTAN MORTGAGE   MORTGAGE ARRE      4625.10           .00        4625.10
ECAST SETTLEMENT CORP      UNSECURED           689.54           .00         689.54
CAPITAL ONE                UNSECURED        NOT FILED           .00            .00
INTERNAL REVENUE SERVICE   PRIORITY          2219.54           .00        2219.54
AMERICASH LOANS LLC        UNSECURED          820.75           .00         820.75
AMERICASH LOANS            UNSECURED        NOT FILED           .00            .00
CREDIT COLLECTION          UNSECURED          325.00           .00         325.00
AMERICREDIT                NOTICE  ONLY     NOT FILED           .00            .00
DISTRICT DIRECTOR          NOTICE  ONLY     NOT FILED           .00            .00
DISTRICT DIRECTOR          NOTICE  ONLY     NOT FILED           .00            .00
DISTRICT DIRECTOR          NOTICE  ONLY     NOT FILED           .00            .00
INTERNAL REVENUE SERVICE   UNSECURED           21.80           .00          21.80
TIMOTHY K LIOU             REIMBURSEMENT      14.40           .00          14.40
TIMOTHY K LIOU             DEBTOR ATTY     2,700.00                      2,700.00
TOM VAUGHN                 TRUSTEE                                       2,405.75
DEBTOR REFUND              REFUND                                          510.03

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                  RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE          43,019.50

PRIORITY                                   2,233.94
SECURED                                   25,870.10
   INTEREST                                2,754.85
UNSECURED                                  6,544.83

               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 33038 DWAYNE MOSLEY
```

```
ADMINISTRATIVE                                              2,700.00
TRUSTEE COMPENSATION                                        2,405.75
DEBTOR REFUND                                                 510.03
                                    ---------------   ---------------
TOTALS                                    43,019.50         43,019.50
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
   Dated: 08/27/08                _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```

```
                        PAGE   2
        CASE NO. 04 B 33038 DWAYNE MOSLEY
```